UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SYLVENIA COLLINS,

     Plaintiff,       **RULE 7.1 STATEMENT**

 - against -

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK,

     Defendant.
------------------------------------------------------------------X

JUDGE MARRERO

07 CIV 7023



  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation a/k/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

  These representations are made in order that the judges of this court may determine the need for recusal.

Dated:  New York, New York
     August 6, 2007

            Respectfully submitted,

            LANDMAN CORSI BALLAINE & FORD P.C.

     By:  _____
         Mark S. Landman (ML 7654)
         Attorneys for Defendant Amtrak
         120 Broadway, 27th Floor
         New York, New York 10271-0079
         (212) 238-4800

442541.1 DocsNY

TO:      John J. Appell, Esq.
           Robert T. Parrinelli, Esq.
           3 West 35th Street
           New York, New York 10001
           (212) 947-0101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.                                    Year

SYLVENIA COLLINS,

                                Plaintiff,

        v.

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,

                                Defendant.

RULE 7.1 STATEMENT

Signature (Rule 130-1.1-a)

Print name beneath

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for* Amtrak
*Office and Post Office Address, Telephone*
120 Broadway
NEW YORK, N.Y. 10271-0079
(212) 238-4800

To
*Attorney(s) for*

Service of a copy of the within is hereby admitted.
Dated,

                Attorney(s) for

---

NOTICE OF ENTRY

PLEASE take notice that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within
named court on

Dated,

                Yours, etc.
        LANDMAN CORSI BALLAINE & FORD P.C.
        *Attorneys for*
        *Office and Post Office Address*
        120 Broadway
        NEW YORK, N.Y. 10271-0079

To
*Attorney(s) for*

NOTICE OF SETTLEMENT

PLEASE take notice that an order
of which the within is a true copy will be presented
for settlement to the Hon.
one of the judges of the within named Court, at

on
at            M.
Dated,

                Yours, etc.
        LANDMAN CORSI BALLAINE & FORD P.C.
        *Attorneys for*
        *Office and Post Office Address*
        120 Broadway
        NEW YORK, N.Y. 10271-0079

To
*Attorney(s) for*