UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SYLVENIA COLLINS,

        Plaintiff,

    - against -

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK,

        Defendant.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CV-7023 (J. MARRERO)

**PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, a/k/a Amtrak, the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:    New York, New York
             August 14, 2007

                                  Yours, etc.

                                  LANDMAN CORSI BALLAINE & FORD P.C.

                By:    _____
                           Dawn Pinkston (DP 3538)
                           Attorneys for Defendant Amtrak
                           120 Broadway, 27th Floor
                           New York, NY 10271
                           (212) 238-4800

TO:    JOHN J. APPELL, ESQ.
         Attorney for Plaintiffs
         3 West 35th Street
         New York, N.Y. 10001
         (212) 947-0101

446440.1 DocsNY

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

     **MIRIAM DEIKUN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

     That on the 16th day of August, 2007, deponent served the within **NOTICE OF APPEARANCE**

upon

        John J. Appell, Esq.
        Robert T. Parrinelli, Esq.
        3 West 35th Street
        New York, New York 10001
        (212) 947-0101

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                              Miriam Deikun

Sworn to before me this
16th day of August 2007

_____
        Notary

LAURIE EGAN
Notary Public, State of New York
No. 01EG5062768
Qualified in Orange County
Commission Expires Aug. 7, 2010