# LANDMAN CORSI BALLAINE & FORD P.C.
A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| AMEET B. KABRAWALA<br>ASSOCIATE<br>TEL: (212) 238-4870<br>EMAIL: akabrawala@lcbf.com | 120 BROADWAY<br>27TH FLOOR<br>NEW YORK, NY 10271-0079<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 623-2700<br><br>1617 JFK Boulevard<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

July 7, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-08
```

Via Facsimile

Honorable Victor Marrero
United States District Judge
United States Courthouse, Suite 600
500 Pearl Street
New York, New York 10007

Re:   *Sylvenia Collins v. National Railroad Passenger Corporation*
      07-CV-7023 (VM)

Dear Judge Marrero:

We represent defendant National Railroad Passenger Corporation d/b/a Amtrak and write to respectfully request that the conference scheduled for July 10, 2008 at 11:15 a.m. be moved up to 9:30 a.m. on the same date. Plaintiff's counsel consents to this request.

The reason for the request is that the undersigned has an appearance before the New York State Division of Human Rights in Peekskill in the early afternoon. Accordingly, we respectfully request that the conference proceed on July 10, 2008 at 9:30 a.m.

We thank you for your consideration and await your decision. If you should have any questions, please do not hesitate to contact us.

Respectfully,

Ameet B. Kabrawala

cc:   Via Facsimile – (212) 594-0019
      Robert T. Parrinelli, Esq.

464762.1 DocsNY

```
Request GRANTED. The next status
conference herein is rescheduled to 7-10-08
at 9:30 a.m.

SO ORDERED.

7-8-08                    _____
DATE                      VICTOR MARRERO, U.S.D.J.
```